**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00767-AP

RANDALL LOGAN,

        Plaintiff,

  v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| William Viner, Esq. | John F. Walsh |
| Sawaya, Rose, McClure & Wilhite, P.C. | United States Attorney |
| 1600 Odgen Street | |
| Denver, CO 80218 | M. Thayne Warner |
| Telephone (303) 551-7701 | Special Assistant United States Attorney |
| E-mail: wviner@sawayalaw.com | Assistant Regional Counsel |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO  80202 |
| | (303) 844-7237 |
| | thayne.warner@ssa.gov |
| | |
| | J. BENEDICT GARCIA |
| | Assistant United States Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado  80202 |
| | (303) 454-0100 |
| | j.b.garcia@usdoj.gov. |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:** March 25, 2013

    **B.    Date Complaint Was Served on U.S. Attorney's Office:** April 1, 2013

    **C.    Date Answer and Administrative Record Were Filed:** May 28, 2013

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.  However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.    OTHER MATTERS**

There are no other matters anticipated.  Plaintiff's current claim does not involve any prior judicial proceedings.

**8.      BRIEFING SCHEDULE**

Attorneys for both parties agree to the following proposed briefing schedule:

A.      **Plaintiff's Opening Brief Due:** July 29, 2013

B.      **Defendant's Response Brief Due:** August 28, 2013

C.      **Plaintiff's Reply Brief (If Any) Due:** September 12, 2013

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

A.      **Plaintiff's Statement:**  Plaintiff does not request oral argument.

B.      **Defendant's Statement:**   Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 10th day of June, 2013.

                                      BY THE COURT:

                                      *s/John L. Kane*_____ _____
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/William Viner<br>Sawaya, Rose, McClure & Wilhite, P.C.<br>1600 Ogden Street<br>Denver, CO  80218<br>Telephone (303) 551-7701<br>E-mail: wviner@sawayalaw.com<br><br>Attorney for the Plaintiff | JOHN F. WALSH<br>United States Attorney<br><br>s/M. Thayne Warner<br>Special Assistant<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, CO  90202<br>(303) 844-7237<br>thayne.warner@ssa.gov<br><br>s/J. Benedict Garcia<br>J. Benedict Garcia<br>Assistant United States Attorney<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>(303) 454-0100<br>E-mail: j.b.garcia@usdoj.gov.<br><br><br>Attorneys for Defendant. |