IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00767-LTB

RANDALL LOGAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of the Social Security Administration,

    Defendant.

# FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on November 21, 2014, incorporated herein by reference, it is

ORDERED that SSA's decision is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Randall Logan.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this  21st  day of November, 2014.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/E. Seamon
    E. Seamon, Deputy Clerk